## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| **ROBIN ALICIA THOMAS**, | ) | CASE NO.: **25-62259-jwc** |
| | ) | |
| Debtor | ) | |
| ROBIN ALICIA THOMAS, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| v | ) | **CONTESTED MATTER** |
| | ) | |
| AUTOCREDIT INVESTMENTS OF GEORGIA, INC, | ) ) ) | |
| Respondent | | |

**MOTION TO AVOID LIEN ON EXEMPT PROPERTY**

COMES NOW, Robin Alicia Thomas ("Movant"), in the above-styled case and shows the Court the following:

1.

On October 22, 2025, Movant filed a Chapter 7 case in the Northern District of Georgia, Case No. 25-62259-jwc.

2.

This Motion is filed by the Movant under 11 U.S.C., Section 522(f) to avoid a judicial lien.

3.

Autocredit Investments of Georgia, Inc ("Respondent") has obtained a judgment against the Movant in the amount of $12,832.15, Case No. 10A26013-4. Said judgment was obtained in the State Court of Dekalb Court in the state of Georgia.

4.

Movant's counsel was unable to locate a Writ of Fieri Facias after searching the Georgia Superior Court Clerks' Cooperative Authority website. However, Movant has reason to believe that Respondent may have perfected its judicial lien in the above-described action.

5.

This judicial lien has created a cloud on the title of all real and personal property owned by the Movant and such lien impairs the exemptions to which Movant is entitled.

6.

The existence of the above-described judicial lien interferes with the fresh-start theory set forth in the Bankruptcy Act.

WHEREFORE, Movant prays for the following:

a) That the judicial lien impairing the Movant's exemption be void and declared null and of no effect; and,

b) Such other and further relief as this Court deems just and proper.

Dated: January 13, 2026                                              /s/_____
Quenise Pointer
GA Bar No. 291544
The Semrad Law Firm, LLC
191 Peachtree St. NE, Ste 3285
Atlanta, GA 30303
qpointer@semradlaw.com
**Attorney for the Debtor/Movant**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| **ROBIN ALICIA THOMAS**, | ) | CASE NO.: **25-62259-jwc** |
| | ) | |
| Debtor | ) | |
| ROBIN ALICIA THOMAS, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| v | ) | **CONTESTED MATTER** |
| | ) | |
| AUTOCREDIT INVESTMENTS OF GEORGIA, INC, | ) ) | |
| | ) | |
| Respondent | | |

## NOTICE OF REQUIREMENT OF RESPONSE TO
## MOTION TO AVOID LIEN ON EXEMPT PROPERTY AND OF TIME TO FILE SAME

NOTICE IS HEREBY GIVEN that, on January 13, 2026, a motion to avoid lien on exempt property pursuant to 11 U.S.C. § 522 was filed in this case.

NOTICE IS FURTHER GIVEN that, pursuant to BLR 6008-1(b), Respondent must file a response to the motion within 21 days after service, and serve a copy of said response upon Movant. If no response is timely filed and served, the motion will be deemed unopposed and the Bankruptcy Court may enter an order granting the relief sought.

Dated: January 13, 2026                    /s/_____
                                           Quenise Pointer
                                           GA Bar No. 291544
                                           The Semrad Law Firm, LLC
                                           191 Peachtree St. NE, Ste 3285
                                           Atlanta, GA 30303
                                           qpointer@semradlaw.com
                                           **Attorney for the Debtor/Movant**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| **ROBIN ALICIA THOMAS**, | ) | CASE NO.: **25-62259-jwc** |
| | ) | |
| Debtor | ) | |
| ROBIN ALICIA THOMAS, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| v | ) | **CONTESTED MATTER** |
| | ) | |
| AUTOCREDIT INVESTMENTS OF GEORGIA, INC, | ) ) ) | |
| Respondent | | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on January 13, 2026, I served a copy of the Motion to Avoid Lien on Exempt Property, together with the Notice of Requirement of Response to Motion to Avoid Lien on Exempt Property and of Time to File Same upon:

| | |
|---|---|
| Robin Alicia Thomas<br>*aka Robin Walker*<br>4736 Bob White Run<br>Lithonia, GA 30038 | Autocredit Investments Of<br>Georgia, Inc.<br>1201 Peachtree Street Ste 1240<br>Atlanta  GA  30361 |
| Autocredit Investments Of Georgia, Inc<br>c/o NATIONAL REGISTERED AGENTS INC, Reg. Agent<br>1201 PEACHTREE STREET N.E., Suite 1240, Atlanta, GA, 30361 | State Court of Dekalb Court<br>556 N. McDonough St.<br>Decatur  Georgia  30030 |

I further certify that, by agreement of parties, Cathy L. Scarver, Chapter 7 Trustee, was served via the ECF electronic mail/noticing system.

Dated: January 13, 2026              /s/_____
                                     Quenise Pointer
                                     GA Bar No. 291544

The Semrad Law Firm, LLC
191 Peachtree St. NE, Ste 3285
Atlanta, GA 30303
qpointer@semradlaw.com
**Attorney for the Debtor/Movant**