**IT IS ORDERED as set forth below:**

**Date: January 27, 2026**

Jeffery W. Cavender
U.S. Bankruptcy Court Judge

**Signed as Revised by the Court**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| Robin Alicia Thomas, ) | |
| Debtor(s). ) | |
| ) | |
| _____ ) | CASE NO. 25-62259-jwc |
| FYR SFR Borrower, LLC ) | CHAPTER 7 |
| ) | |
| Movant. ) | Judge Jeffery W. Cavender |
| ) | |
| V. ) | CONTESTED MATTER |
| ) | |
| Robin Alicia Thomas, Debtor(s), ) | |
| Cathy L. Scarver, Trustee ) | |
| Respondents. ) | |
| ) | |
| _____ ) | |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

On January 2, 2026, FYR SFR Borrower, LLC, (hereinafter, "Movant") filed a Motion

1

For Relief From Automatic Stay (Doc. No. 14) (the "Motion"). The Motion concerns rented real property known as 4736 Bob White Run, Lithonia, Georgia 30038 (the "Property"). Within the Motion, proper notice – as asserted by Movant - of the opportunity to object and for hearing was provided pursuant to the procedures in Fifth Amended and Restated General Order No. 24-2018 and no objection to the motion was filed prior to the objection deadline.

The Court, having considered the Motion and all other matters of record, including the lack of objection thereto, and based on the foregoing, no further notice or hearing is required, and the Court finds that good cause exists to grant the relief requested in the Motion. Based on the foregoing and pursuant to Fifth Amended and Restated General Order No. 24-2018, the Court hereby **GRANTS** Movant relief from the automatic stay for all purposes allowed by law including, but not limited to, the right for Movant to proceed with a Dispossessory Action and judgment to obtain possession of the Property. Accordingly, it is hereby

**ORDERED** that Movant may obtain a post-petition judgment within the course of a dispossessory action to recover possession of the Property. Movant is not permitted to pursue any collection activities on any post-petition judgment as to property of the estate or any property that the Debtor has exempted under 11 U.S.C. sec. 522(b).

**ORDERED** that the automatic stay of 11 U.S.C. sec. 362 shall remain in effect to prohibit Movant from enforcing a personal judgment against the Debtor for any money due under the Lease.

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(4) is waived to allow Movant to proceed immediately with a dispossessory action.

[END OF DOCUMENT]

**Order presented by:**

/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)

THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136,
Atlanta, GA 30338
Tel: (404) 692-4342
Email: mft@tottenfirm.com

**Distribution List:**
Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136,
Atlanta, GA 30338

Curt Olof Lindstrom, II
The Semrad Law Firm, LLC
191 Peachtree St. NE, Ste 3285
Atlanta, GA 30303
Attorney for Debtor

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Cathy L. Scarver
PO Box 672587
Marietta, GA 30006
Chapter 7 Trustee

Robin Alicia Thomas, Debtor
4736 Bob White Run
Lithonia GA 30038

3