**IT IS ORDERED as set forth below:**

**Date: February 19, 2026**

_____

**Jeffery W. Cavender
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NUMBER: 25-62259-JWC |
| Robin Alicia Thomas, | |
| Debtor(s). | CHAPTER 7 |
| Robin Alicia Thomas, | JUDGE CAVENDER |
| Movant(s), | |
| | CONTESTED MATTER |
| v. | |
| Autocredit Investments of Georgia, Inc, | |
| Respondent(s). | |

O R D E R

    Before the Court is the Motion to Avoid a Lien (Doc. No. 17) of the above-named Debtor(s), as provided by 11 U.S.C. §522(f) and Bankruptcy Rule 4003(d). The creditor has not filed a response; thus, the motion is deemed to be unopposed. See BLR 6008-1(b).

    Inasmuch as the creditor whose lien is sought to be avoided has not controverted timely the debtor's allegations, it is hereby

ORDERED AND ADJUDGED that the judicial lien or the non-possessory, non-purchase-money lien held by respondent upon exempt property of the above-named debtor(s) is AVOIDED to the extent that such lien impairs an exemption to which debtor(s) would have been entitled pursuant to 11 U.S.C. §522(b).

[END OF DOCUMENT]

DISTRIBUTION LIST

Robin Alicia Thomas
4736 Bob White Run
Lithonia, GA 30038

Autocredit Investments Of Georgia, Inc
c/o NATIONAL REGISTERED AGENTS INC, Reg. Agent
1201 PEACHTREE STREET N.E., Suite 1240
 Atlanta, GA, 30361

Autocredit Investments Of
Georgia, Inc.
1201 Peachtree Street Ste 1240
Atlanta GA 30361

State Court of Dekalb Court
556 N. McDonough St.
Decatur Georgia 30030

Curt Olof Lindstrom, II
The Semrad Law Firm, LLC
191 Peachtree St. NE, Ste 3285
Atlanta, GA 30303

Cathy L. Scarver
P. O. Box 672587
Marietta, GA 30006