**IT IS ORDERED as set forth below:**

**Date: February 19, 2026**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NUMBER: 25-62259-JWC |
| Robin Alicia Thomas, | |
| Debtor(s). | CHAPTER 7 |
| Robin Alicia Thomas, | JUDGE CAVENDER |
| Movant(s), | |
| v. | CONTESTED MATTER |
| Autocredit Investments of Georgia, Inc, | |
| Respondent(s). | |

O R D E R

  Before the Court is the Motion to Avoid a Lien (Doc. No. 17) of the above-named Debtor(s), as provided by 11 U.S.C. §522(f) and Bankruptcy Rule 4003(d).  The creditor has not filed a response; thus, the motion is deemed to be unopposed.  See BLR 6008-1(b).

  Inasmuch as the creditor whose lien is sought to be avoided has not controverted timely the debtor's allegations, it is hereby

ORDERED AND ADJUDGED that the judicial lien or the non-possessory, non-purchase-money lien held by respondent upon exempt property of the above-named debtor(s) is AVOIDED to the extent that such lien impairs an exemption to which debtor(s) would have been entitled pursuant to 11 U.S.C. §522(b).

[END OF DOCUMENT]

DISTRIBUTION LIST

Robin Alicia Thomas
4736 Bob White Run
Lithonia, GA 30038

Autocredit Investments Of Georgia, Inc
c/o NATIONAL REGISTERED AGENTS INC, Reg. Agent
1201 PEACHTREE STREET N.E., Suite 1240
 Atlanta, GA, 30361

Autocredit Investments Of
Georgia, Inc.
1201 Peachtree Street Ste 1240
Atlanta GA 30361

State Court of Dekalb Court
556 N. McDonough St.
Decatur Georgia 30030

Curt Olof Lindstrom, II
The Semrad Law Firm, LLC
191 Peachtree St. NE, Ste 3285
Atlanta, GA 30303

Cathy L. Scarver
P. O. Box 672587
Marietta, GA 30006

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 25-62259-jwc |
| Robin Alicia Thomas | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
| Date Rcvd: Feb 19, 2026 | Form ID: pdf400 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robin Alicia Thomas, 4736 Bob White Run, Lithonia, GA 30038-4596 |
| | + | Autocredit Investments Of GA, Inc, c/o NATIONAL REGISTERED AGENTS INC,, Reg. Agent, 1201 PEACHTREE ST NE Ste 1240, Atlanta, GA 30361-3514 |
| 25534849 | + | Autocredit Investments Of Georgia, Inc, 1201 Peachtree Street Ste 1240, Atlanta, GA 30361-3514 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | ^ MEBN | | |
| | | Feb 19 2026 20:21:56 | State Court of Dekalb Court, 556 N. McDonough St., Decatur Georgia 30030-3355 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 21, 2026       Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Cathy L. Scarver | trusteescarver@bellsouth.net ga06@ecfcbis.com;papc1@bellsouth.net;mark@markalavicpa.com |
| Curt Olof Lindstrom, II | on behalf of Debtor Robin Alicia Thomas clindstrom@semradlaw.com ganb.courtview@SLFCourtview.com |

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 2 of 2 |
| Date Rcvd: Feb 19, 2026 | Form ID: pdf400 | Total Noticed: 4 |

Matthew Franklin Totten
    on behalf of Creditor FYR SFR BORROWER  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email

Office of the United States Trustee
    ustpregion21.at.ecf@usdoj.gov

Quenise Pointer
    on behalf of Debtor Robin Alicia Thomas qpointer@semradlaw.com  ganb.courtview@SLFCourtview.com

TOTAL: 5