Certificate Number: 13858-GAN-DE-040664821

Bankruptcy Case Number: 25-62259



13858-GAN-DE-040664821

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 26, 2026, at 10:34 o'clock AM EST, Robin Alicia Thomas completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date:  February 26, 2026         By:   /s/Chloe Reardon

                                 Name: Chloe Reardon

                                 Title: Counselor