**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In Re: Debtor(s)
**Robin Alicia Thomas**
4736 Bob White Run
Lithonia, GA 30038

xxx−xx−6461

Case No.: **25−62259−jwc**
Chapter: **7**
Judge: **Jeffery W. Cavender**

**DISCHARGE OF DEBTOR(S) WITH ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, CLOSING ESTATE AND DISCHARGING TRUSTEE**

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Bankruptcy Code, (the Bankruptcy Code).

It further appears that the trustee in the above styled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

**ORDERED** that the said estate is closed; that the Trustee is discharged from and relieved of said trust.

_____
Jeffery W. Cavender
United States Bankruptcy Judge

Dated:  March 9, 2026

Form 182

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION REGARDING THE BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE**

FORM 182 continued

## EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. [In a case involving community property: There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

This discharge does not affect any property of the estate as defined by section 541 of the Bankruptcy Code, and the automatic stay of section 362(a) of the Bankruptcy Code continues to apply to any property of the estate unless and until the automatic stay has been terminated by order of the court or expires pursuant to section 362(c) of the Bankruptcy Code. Such property remains subject to administration by the trustee on behalf of the bankruptcy estate.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are **not** discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**This Bankruptcy Discharge is an important document that you should retain in the event a copy is needed in the future. If you request a copy from the Clerk's Office at a later date, you will be required to pay a fee.**

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 25-62259-jwc |
| Robin Alicia Thomas | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 3 |
| Date Rcvd: Mar 09, 2026 | Form ID: 182 | Total Noticed: 27 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robin Alicia Thomas, 4736 Bob White Run, Lithonia, GA 30038-4596 |
| cr | + | FYR SFR BORROWER, LLC, The Totten Firm, 5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA 30350 UNITED STATES 30338-4154 |
| 25534849 | + | Autocredit Investments Of Georgia, Inc, 1201 Peachtree Street Ste 1240, Atlanta, GA 30361-3514 |
| 25534845 | + | CURRENT/CRB, 400 KELBY ST, FORT LEE, NJ 07024-2943 |
| 25534856 | + | Piedmont Hospital, 745 Poplar Rd, Newnan, GA 30265-1618 |
| 25534861 | + | Villages of East Lake, 460 Eva Davis Way SE, Atlanta, GA 30317-3151 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 25534860 | + | Email/PDF: bncnotices@becket-lee.com | Mar 09 2026 20:50:56 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| 25534863 | + | Email/Text: arice@azuma.com | Mar 09 2026 20:37:00 | Azuma Leasing, 2905 San Gabriel, Ste. 218, Austin, TX 78705-3541 |
| 25534840 | + | Email/Text: TAX-CTS-Southern.BankruptcyMail@usdoj.gov | Mar 09 2026 20:36:00 | Department Of Justice, Tax Division, P O Box 14198, Washington, DC 20044-4198 |
| 25534847 | | EDI: GADEPTOFREV | Mar 10 2026 00:21:00 | Georgia Department Of Revenue, 1800 Century Blvd NE Ste 9100, c/o J. Houston, Atlanta, GA 30345 |
| 25534855 | + | Email/Text: G2GPCCU@southernco.com | Mar 09 2026 20:38:00 | Georgia Power, PO BOX 105537, Atlanta, GA 30348-5537 |
| 25534852 | + | EDI: LCIICSYSTEM | Mar 10 2026 00:21:00 | I.c. System, Inc, PO BOX 64378, ST PAUL, MN 55164-0378 |
| 25534846 | + | EDI: IRS.COM | Mar 10 2026 00:21:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 25534848 | | EDI: JEFFERSONCAP.COM | Mar 10 2026 00:21:00 | Jefferson Capital Systems Llc, P.O. Box 7999, Saint Cloud, MN 56302 |
| 25534853 | + | Email/Text: bankruptcy@kikoff.com | Mar 09 2026 20:37:00 | KIKOFF LENDING LLC, PO BOX 40070, RENO, NV 89504-4070 |
| 25534857 | + | Email/PDF: HCABKNotifications@resurgent.com | Mar 09 2026 20:50:00 | Northside Hospital, PO Box 100060, Atlanta, GA 30348-0060 |
| 25534844 | | Email/Text: bankruptcy@law.ga.gov | Mar 09 2026 20:36:00 | Office Of The Attorney General - Atl, 40 Capitol Square, SW, Atlanta, GA 30334 |
| 25534843 | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Mar 09 2026 20:37:00 | Office Of The United States Trustee, 75 Ted Turner Dr Sw, Atlanta, GA 30303-3315 |
| 25534864 | + | Email/Text: bknotices@progressresidential.com | Mar 09 2026 20:38:00 | Progress Residential, 7500 N. Dobson Rd, Scottsdale, AZ 85256-2727 |

Case 25-62259-jwc    Doc 24    Filed 03/11/26    Entered 03/12/26 00:57:24    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 113E-9 | User: bncadmin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Mar 09, 2026 | Form ID: 182 | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 25534858 | + | Email/Text: bankruptcy@purchasingpower.com | Mar 09 2026 20:38:00 | Purchasing Power, Llc, 2727 Paces Ferry Rd, SE Bldg 2, Ste 1200, Atlanta, GA 30339-6199 |
| 25534862 | + | Email/Text: kgibbs@ssemc.com | Mar 09 2026 20:36:00 | Snapping Shoals Electric, P.O. Box 73, Covington, GA 30015-0073 |
| 25534842 | ^ | MEBN | Mar 09 2026 20:32:56 | Special Assistant U.S. Attorney, 401 W. Peachtree Street, NW, STOP 1000-D, Suite 600, Atlanta, GA 30308 |
| 25534859 | + | EDI: AIS.COM | Mar 10 2026 00:21:00 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 25534850 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 09 2026 20:38:00 | Transworld System Inc, 500 Virginia Dr, Fort Washington, PA 19034-2733 |
| 25535133 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Mar 09 2026 20:37:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |
| 25534851 | + | EDI: AIS.COM | Mar 10 2026 00:21:00 | Verizon by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 25534854 | + | Email/Text: bk@worldacceptance.com | Mar 09 2026 20:38:00 | World Finance, 20660 Caton Farm Rd, Crest Hill, IL 60403-1201 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 25534841 | * | Internal Revenue Service - Atl, 401 West Peachtree St NW Room 1665, ATTN: Ella Johnson, M/S 334-D, Atlanta, GA 30308 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2026        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2026 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Cathy L. Scarver | trusteescarver@bellsouth.net  ga06@ecfcbis.com;papc1@bellsouth.net;mark@markalavicpa.com |
| Curt Olof Lindstrom, II | on behalf of Debtor Robin Alicia Thomas clindstrom@semradlaw.com  ganb.courtview@SLFCourtview.com |
| Matthew Franklin Totten | on behalf of Creditor FYR SFR BORROWER  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |

| District/off: 113E-9 | User: bncadmin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 09, 2026 | Form ID: 182 | Total Noticed: 27 |

Office of the United States Trustee
ustpregion21.at.ecf@usdoj.gov

Quenise Pointer
on behalf of Debtor Robin Alicia Thomas qpointer@semradlaw.com ganb.courtview@SLFCourtview.com

Vincent Paul Leibbrandt
on behalf of Debtor Robin Alicia Thomas vleibbrandt@semradlaw.com ganb.courtview@SLFCourtview.com

TOTAL: 6